RECEIVED
IN LAKE CHARLES, LA.

MAY 15 2014

TONY R. MOORE, CLERK
BY_____
          DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JERRY LEWIS DEDRICK** | * | **CIVIL ACTION NO. 2:13-CV-924** |
| Plaintiff | * | |
| V. | * | **SECTION P** |
| **C. MAIORANA, ET AL.** | * | **JUDGE MINALDI** |
| Defendants | * | |
| | * | **MAGISTRATE JUDGE KAY** |

## ORDER

For the reasons stated in the Report and Recommendation [Doc. 28] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the plaintiff's petition for a writ of *habeas corpus* be and hereby is **DISMISSED** in accordance with the provisions of Federal Rule of Civil Procedure 41(b).

Lake Charles, Louisiana, this 14 day of _____May_____, 2014.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE